UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 42965
    JOSHUA BOPP
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-7884

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/18/2004 and was confirmed 03/23/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 07/11/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL | SECURED | 15600.00 | 2357.17 | 15600.00 |
| WELLS FARGO FINANCIAL | UNSECURED | 2040.87 | .00 | 204.09 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 2905.34 | .00 | 290.53 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 3812.59 | .00 | 381.26 |
| GRAYSLAKE POLICE DEPT | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | 2296.82 | .00 | 229.68 |
| V SPEVAKM D MD | UNSECURED | NOT FILED | .00 | .00 |
| GOODWIN BRYAN & SCHILL L | UNSECURED | NOT FILED | .00 | .00 |
| GULF INSURANCE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1384.90 | .00 | 138.49 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| CB USA | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST VERIZON WIRELESS | UNSECURED | 590.68 | .00 | 59.07 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,005.20 | | 2,005.20 |
| TOM VAUGHN | TRUSTEE | | | 1,295.63 |
| DEBTOR REFUND | REFUND | | | 30.88 |

              Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 22,592.00

PRIORITY                                              .00
SECURED                                        15,600.00
    INTEREST                                    2,357.17
UNSECURED                                       1,303.12
ADMINISTRATIVE                                  2,005.20
TRUSTEE COMPENSATION                            1,295.63

              PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 42965 JOSHUA BOPP

```
DEBTOR REFUND                                                    30.88
                              ---------------      ---------------
TOTALS                          22,592.00            22,592.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 10/25/07                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE